In the Matter of DAWN OPERATORS, INC., Appellant, against WILLIAM A. LYON, as Superintendent of Banks of the State of New York, Respondent.

Submitted April 12, 1954; decided April 23, 1954.

*Samuel Rivelson* for motions.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *Adelbert C. Matthews, Jr.,* of counsel), opposed.

Motions denied, with $10 costs.